## CAROL GRAVELIN v. FRANK GRAVELIN
### (2834)

BORDEN, DALY and SATTER, Js.

Argued April 25—decision released May 21, 1985

*Daniel V. Presnick,* for the appellant (defendant).
*Jarvis H. White,* for the appellee (plaintiff).

PER CURIAM. There is no error.